

ORDERED in the Southern District of Florida on November 20, 2020.



Erik P. Kimball, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  20-13466-EPK |
|     MARK W BOEHM | Chapter 13 |
|             Debtor | W. Palm Beach Division |
| _____/ | |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

Based upon the record, without opposition, on the consent calendar on November 18, 2020 in consideration of the Debtor's Objection to Claim (ECF#67), it is hereby:

**ORDERED** that:

The Objection to the Claim (POC#21) filed by Michigan Department of Treasury is hereby **SUSTAINED**. The claim shall be Stricken and disallowed.

###

LF-25 (rev. 12/01/15)

Submitted by:
Sean I. Koplow
8461 Lake Worth Rd., #204
Lake Worth, FL  33467
Phone:  561/642-3000
Facsimile: 561/425-6061
email: seankoplow@gmail.com

Sean I. Koplow is directed to serve a copy of this Order to all interested parties and file a Certificate of Service.

LF-25 (rev. 12/01/15)